# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:19-po-00074-CDB |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| SEAN J. GIFFORD, | |
| Defendant. | |

The above-named defendant having been sentenced on February 2, 2024, to 2 days in custody (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **February 2, 2024**

_____
UNITED STATES MAGISTRATE JUDGE